UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAQUISY DIGGINS,

        Plaintiff,        Case no. 06-15772

v.

        HON. JOHN CORBETT O'MEARA

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant,

_____/

## ORDER ADOPTING MAGISTRATE JUDGE REPORT AND RECOMMENDATION

The Court, pursuant to 72(b) of the Federal Rules of Civil Procedure, 28 U. S. C. 636(b)(1)(B), and LR 72.1(b)(3), has reviewed the Magistrate Judge's report and recommendation, filed on October 04, 2007. No objections were filed by the parties. The Court, after conducting a *de novo* review, accepts the magistrate judge's report and recommendation as the court's findings and conclusions.

Accordingly, it is hereby **ORDERED** that the report and recommendation is **ADOPTED**.

        s/John Corbett O'Meara
        United States District Judge

Date: October 26, 2007

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, October 26, 2007, by electronic and/or ordinary mail.

                                                s/William Barkholz
                                                Case Manager